AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAYMOND EDWARDS,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 421-183

CHATHAM COUNTY DETENTION CENTER,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated August 8, 2022 adopting the Report and Recommendaitons of the U.S. Magistrate Judge as the opinion of this court, this action is dismissed without prejudice. This case stands closed.



| August 8, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |

GAS Rev 10/2020